IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

IN RE: Lavelle & Kerrie Prince    Chapter 13 Bankruptcy No: 01B-30261
Meeting of Creditors Date: 08/23/2001    Confirmation Hearing Date: 02/19/2002

## NOTICE OF CHAPTER 13 STANDING TRUSTEE'S ADMINISTRATIVE DIRECTIONS

Pursuant to Bankr. D. Ut. LBR 2083-1(c), the Debtor(s) is/are hereby directed as follows:

**A. PAYMENTS:** The sum of $_____ was received at the meeting of creditors. Receipt No. _____. The Debtor(s) shall make the next payment in the amount of $ 550 , on or before 09/23/2001 , and each month thereafter on or before the 23rd day of the month. All payments MUST be made in **CERTIFIED FUNDS** (money order or cashiers check); personal checks and cash will **NOT** be accepted. All payments must also contain your **NAME and BANKRUPTCY CASE NUMBER**. Please use labels provided at meeting of creditors on your payments and any other documents you provide to the Trustee.
   Other Payment Adjustments:

**B. TAX RETURNS:** If the taxing authorities have reported outstanding tax issues to the Trustee, they are listed in the spaces below. Unless otherwise directed, all requested tax returns **MUST** be provided to your counsel within ten (10) days of the meeting of creditors. Your counsel will then forward the original returns to the appropriate taxing authorities. **If you do not provide the taxing authorities all requested documents necessary to resolve all outstanding tax issues within ninety (90) days, your case may be dismissed!**
IRS _____    USTC  ntd

**C. REQUIRED AMENDMENTS:** Within thirty (30) days, the Debtor(s) shall make the following amendments:
PETITION: ☐ Name; ☐ Address; ☐ SS# or Tax ID #; ☐ Prior B/R Filing; Other_____
STATEMENT OF AFFAIRS: _____
SCHEDULES: ☐ A; ☐ B; ☐ C; ☐ D; ☐ E; ☐ F; ☐ G; ☐ H; Reason_____
INCOME (SCHEDULE I): _____
BUDGET (SCHEDULE J): _____
PLAN: _____

**D. REQUESTED DOCUMENTS:** Debtor(s) shall provide the following documents to the Trustee:
Within 10 days: ☐ Vehicle Information; ☐ Business Questionnaire; ☐ Verification of Charitable Contributions; Other_____
Within 30 days: ☐ Pay Stub Analysis; Other_____
Monthly with each payment until Plan is confirmed: ☐ Profit and Loss Statement; Other_____

**E. STIPULATIONS:** The creditor(s) with secured claims listed below and the Debtor(s) stipulate and agree to the following collateral value(s), interest/discount rate(s), and monthly adequate protection payment(s) allowed as a proportional lien on Debtor(s)' interim payments and payable upon confirmation, conversion or dismissal:
1. Creditor_____ Collateral_____ Value $_____ Rate _____% AP Pmt. $_____
2. Creditor_____ Collateral_____ Value $_____ Rate _____% AP Pmt. $_____
3. Creditor_____ Collateral_____ Value $_____ Rate _____% AP Pmt. $_____
Trustee reserves the right to object to any collateral values, interest rates, or adequate protection stipulated to by the Debtor(s) and creditor(s) with secured claims.

**F. EXEMPTIONS:** The Trustee objects to the following exemptions:_____
Reasons: ☐ Exemption exceeds statutory amount; ☐ Vehicle not used for business or profession but only to commute to work; Other_____

**G. ADDITIONAL DIRECTIONS, COMMENTS OR RECOMMENDATIONS:**
☐ Surrender or justify to the Court retention of the following collateral:_____
☐ Cease voluntary 401(k) contributions and loan repayments (provide pay stub for verification)
☐ Avoid incurring post-petition debt, including credit card debt, without a court order
Other:_____

**H. TRUSTEE'S RECOMMENDATION FOR DISMISSAL:**
☒ Non-appearance of Debtor; ☐ Non-appearance of Debtor's counsel (Local Rule 2003-
☐ Bifurcation and dismissal of case: ☐ Husband; ☐ Wife (Local Rule 2003-1(a))
☒ Failure to make first Plan payment (Local Rule 2083-1(b))
☐ Failure to timely file required bankruptcy documents (Local Rule 5005-1(b))
☒ Request rescheduled meeting of creditors in the event an objection to dismissal or bifurcation is sustained

0130261D7

ANDRES' DIAZ, TRUSTEE
9 Exchange Place, Suite 313    By: _____
Salt Lake City, Utah 84111
Phone (801) 537-1910 Fax (801) 537-1947    DATED: 8/30/01

The Trustee may not recommend confirmation if you fail to comply with these directions. Moreover, the Trustee or other interested parties may seek to dismiss or convert your Chapter 13 case if you do not comply with these directions. Debtor(s) may object to any or all of the Trustee's directions by filing an appropriate objection with the Bankruptcy Court and providing notice to the Trustee. The mere filing of the objection, however, will not relieve Debtor(s) of the duty to comply with these directions.
Mailed or hand delivered to debtor(s) and debtor(s) attorney at last know address on 8/30/01