UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

    LaVelle N. Prince and Kerrie V. Prince

        Debtor(s).

Case No. 01 - 30261 jab
Chapter 13
(8-1)

ORDER OF DISMISSAL PURSUANT TO TRUSTEE'S MOTION TO
DISMISS AND DECLARATION OF NON-COMPLIANCE

Based upon the Trustee's Motion to Dismiss and Declaration of Non-Compliance and other good cause appearing,

It is hereby ORDERED that the above-captioned case is dismissed without prejudice.

It is further ORDERED that if there is no confirmed plan, the Trustee is hereby directed to disburse all remaining funds in compliance with Local Rule 2083-1(g). Absent an objection, the court will allow an administrative expense claim for attorneys fees in an amount up to $1,000, less any pre-petition retainer.

IT IS FURTHER ORDERED that if there is a confirmed plan, the Trustee is hereby directed to disburse all remaining funds on hand according to the terms of the confirmed plan.

Dated and Entered on: September 26, 2001

United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

```
District/off: 1088-2        User: 8-1            Page 1 of 1           Date Rcvd: Sep 26, 2001
Case: 01-30261              Form ID: 212         Total Served: 26
```

The following entities were served by first class mail on Sep 28, 2001.
```
 db         Prince, LaVelle N.,    1155 West 4800 South,    Taylorsville, UT 84123
 aty        Eder, Robert A. Jr.,    310 East 4500 South,    Suite 610,    Salt Lake City, UT 84107
 db         Prince, Kerrie V.,    1155 West 4800 South,    Taylorsville, UT 84123
 tr         Diaz, Andres,    Boston Building, Suite 313,    9 Exchange Place,    Salt Lake City, UT 84111
 aty        Huey, Joseph S.,    Lundberg & Associates,    3269 South Main Street,    Suite 100,
              Salt Lake City, UT 84115
 2842667    BRUCE H REID D D S,    1018 ATHERTON DR  B201,    SALT LAKE CITY UT 84123
 2842668    CHEVRON,    PO BOX 2001,    CONCORD CA 94529-0001
 2891754    Chevron Credit Bank, N.A.,    2001 Diamond Blvd.,    PO Box 5010, Sect. 230,    Concord, CA 94524-0010
 2842669    DILLARD S,    PO BOX 29446,    PHOENIX AZ 85038-9446
 2842670    DISCOVER CARD,    PO BOX 8003,    HILLIARD OH  43026
 2842671    FIRST USA BANK,    PO BOX 8650,    WILMINGTON DE 19899-8650
 2937185    First USA Bank,    P.O. Box 149265,    Austin, TX 78714-9265
 2842672    HOSPITAL ACCEPTANCE,    4646 W LAKE PARK BLVD,    PO BOX 27278,    SALT LAKE CITY UT 84127-0278
 2871194    HOUSEHOLD RETAIL SRVICES,    C/O WEINSTEIN MANLEY RILEY TREIGER &,    2101 4th AVE STE 900,
              SEATTLE WA 98121
 2842673    HRS USA,    PO BOX 703,    WOOD DALE IL 60191-0703
 2842674    INTERNAL REVENUE SERVICE,    SPECIAL PROCEDURES MAIL STOP 5021,    50 SOUTH 200 EAST,
              SALT LAKE CITY UT 84111
 2842675    KEY BANK,    PO BOX 810012,    TOLEDO OH 43681
 2842676    KEY BANK NATIONAL ASSOCIATION,    PO BOX 94968,    CLEVELAND OH 44101
 2842677    LUNDBERG  ASSOCIATES,    3269 S MAIN STREET STE 100,    SALT LAKE CITY UT 84115
 2842678    MBNA AMERICA,    C/O MAX FLOW CORP.,    PO BOX 2434,    CAROL STREAM, IL  60132-2434
 2842680    PROVIDIAN NATIONAL BANK,    4940 JOHNSON DRIVE,    PLEASANTON CA 94588
 2842681    R C WILLEY HOME FURNISHINGS,    P O BOX 65320,    SALT LAKE CITY UT 84165-0320
 2842682    UTAH STATE TAX COMMISSION,    ATTN BANKRUPTCY UNIT,    210 NORTH 1950 WEST,
              SALT LAKE CITY UT 84134-3340
 2875509    WASHINGTON MUTUAL HOME LOANS INC.,    9451 CORBIN AVE., MAILSTOP 1010204,    NORTHRIDGE, CA 91324
 2842683    WELLS FARGO,    PO BOX 30095,    WALNUT CREEK CA 94598
 2938849    Zions First National Bank,    Bankruptcy 232 K-5,    PO Box 30709,    Salt Lake City, UT 84130
```

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Sep 28, 2001**            Signature:  *Joseph Speetjens*